**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
David McKay,

                      Plaintiff,

         -against-

The City of New York, et al.,
                   Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 07/25/2014

13 **CIVIL** 2948 (JGK)

**JUDGMENT**

      Defendants having moved for summary judgment (Doc. #13) pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on July 24, 2014, having rendered its Opinion and Order (Doc. #27) the Court has considered all of the arguments of the parties. To the extent not specifically addressed above, the remaining arguments are either moot or without merit. For the foregoing reasons, the Court is granting Defendants' motion for summary judgment dismissing all causes of action in the Complaint and directing the Clerk of Court to close all pending motions, to enter judgment, and to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2014, the Court has considered all of the arguments of the parties. To the extent not specifically addressed above, the remaining arguments are either moot or without merit. For the foregoing reasons, the Defendants' motion for summary judgment dismissing all causes of action in the Complaint is granted. The Clerk is directed to close all pending motions and to enter judgment; accordingly, the case is closed.

**Dated:** New York, New York
July 25, 2014

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
**BY:**   *K. Mango*
                                            **Deputy Clerk**